IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| NEIL WALKER, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17cv591-MHT |
| | ) | (WO) |
| JEAN DARBOUZE, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

OPINION AND ORDER

The plaintiff, a state prisoner, filed a motion for preliminary injunction seeking an order requiring that he be referred for examination and treatment by a cancer specialist outside the prison system. This case is before the court on the recommendation of the United States Magistrate Judge that the plaintiff's motion for preliminary injunction be denied. There are no objections to the recommendation. Upon an independent and de novo review of the record, it is ORDERED as follows:

(1) The recommendation of the United States Magistrate Judge (doc. no. 22) is adopted.

(2) The motion for preliminary injunction (doc. no. 11) is denied.

It is further ORDERED that this case is referred back to the magistrate judge for further proceedings.

DONE, this the 7th day of December, 2017.

    /s/ Myron H. Thompson
  UNITED STATES DISTRICT JUDGE