IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NEIL WALKER, <br> AIS #095197, <br><br> Plaintiff, <br><br> v. <br><br> JEAN DARBOUZE, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIV. ACTION NO. 2:17-CV-591-RAH <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

On August 4, 2020, the Magistrate Judge entered a Recommendation (Doc. 45) to grant summary judgment in favor of the Defendants. The Plaintiff filed Objections. (Doc. 48.) After an independent review of the file and upon consideration of the Recommendation and Objections, it is ORDERED that:

1. The Objections are OVERRULED. (Doc. 48.)

2. The Recommendation of the Magistrate Judge is ADOPTED. (Doc. 45.)

3. The Defendants' Motion for Summary Judgment (Doc. 27) be GRANTED.

4. Judgment be GRANTED in favor of the Defendants.

5. This case be DISMISSED with prejudice.

6.	Costs be taxed against the Plaintiff.

DONE, this 23rd day of September, 2020.

                                              /s/ R. Austin Huffaker, Jr.
                                 R. AUSTIN HUFFAKER, JR.
                                 UNITED STATES DISTRICT JUDGE